IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC. | PLAINTIFF |
| V.   NO: 4:11CV00320 | |
| SWIFT DITCH FARMS PARTNERSHIP, an Arkansas Partnership; DANIEL HOSMAN, an individual; DONALD HOSMAN, an individual DONNITA HOSMAN, an individual; DCSL FARMS, INC., an Arkansas corporation; DCDV FARMS, INC., an Arkansas corporation; DVSL FARMS, INC., an Arkansas corporation | DEFENDANTS |
| SWIFT DITCH FARMS PARTNERSHIP | COUNTER-PLAINTIFF |
| V. | |
| CROP PRODUCTION SERVICES, INC. | COUNTER-DEFENDANT |
| SWIFT DITCH FARMS PARTNERSHIP | THIRD-PARTY PLAINTIFF |
| V. | |
| MID-SOUTH AGRICULTURE CONSULTANTS, INC.; And CHARLES "CHUCK" FARR | THIRD-PARTY DEFENDANT |

**ORDER**

Pursuant to the joint motion to dismiss, docket # 44, all claims in this case, including, but not limited to, all original claims, counterclaims and third-party claims are hereby dismissed with prejudice, with all parties to bear their own costs, expenses and attorneys fees.

IT IS SO ORDERED this 27th day of December, 2011.

_____
James M. Moody
United States District Judge